UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Greenville, TN

Deanna M. Johnson )
)
)
)
)
)
Name of plaintiff (s) )
)
v. )  Case No. 2:13-cv-83
) (to be assigned by Clerk)
Franklin Woods Community )
)  Greer / Inman
Hospital / Mountain States )
)
Health Alliance )
Name of defendant (s) )

COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

The above named employer discriminated against me by terminating my employment in violation of age discrimination in the Employment Act of 1967, as amended. In addition, I was discriminated against based on retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended.

2. Plaintiff, Deanna Johnson resides at

367 Max Jett Road , Johnson City
street address                                city

Carter County
~~Washington County~~ , TN , 37601 , (423) 330-3237 .
county                state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Franklin Woods Community Hospital / Mountain States Health Alliance lives at, or its business is located at

300 Med Tech Pkwy, Johnson City,
street address / city
Washington County, TN, 37601.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Deanna Johnson was terminated by the above named employer on February 14, 2011. I was hired originally by the employer as a RN in September 1996 until 2007. I worked as a staff nurse, and also as a shift leader. I was rehired in January 2009 at Johnson City Medical Ctr as a shift leader on 3300/3400. During my employment with Mountain States Health Alliance, I had always been commended for being an excellent nurse, and had always received above average evaluations. My last evaluation was May 10, 2010 which was exemplary. Everything either exceeded expectations or met expectations. After the May evaluation, the discrimination began by supervisory employees. The unit where I was working on was closed. I was offered and accepted a position at Franklin Woods Community Hospital / Mountain States Health Alliance to open up the ICU as Dayshift shift leader. I was offered this by a different manager, and when I began my new position, my previous manager had transferred also. (see attached)

2

When I began my position in August 2010 at Franklin Woods Community Hospital ICU, the discrimination began. The manager of the ICU had no management experience as an ICU manager, only the small tenure as Interim manager on 3300/3400 at Johnson City Medical Center. The ICU immediately started having major issues, both patient and staff issues. She began to blame all of the units problems on specific employees. Some of these included, new nurses, minority nurses, and also at least two employees with health issues. (a newly diagnosed nurse with MS and also a pregnant CNA with pregnancy problems). I attempted to tell the manager that some of the things were unethical and illegal. During this time, both myself and house supervisors voiced our concerns over some of her discriminatory acts, and also some of her decision making for the unit. After this, the ICU manager decided to start her mission to quote "get rid of me", and on February 14, 2011, the manager terminated my employment. I was told by another shift leader on our unit that the manager stated that, "I cost too much, and I KNEW too much that could ultimately hurt both her and the employer." Since my termination, there have been approximately 160-200 employees who were terminated with approximately thirty plus years of experience. Some of these employees have also voiced their interest in pursuing their legal rights under the law. Since my termination, I believe MSHA has given me bad references which has prevented me from getting jobs. Also, the company is attempting to sue me for a sign on bonus that I received in January 2009. This company has continued to get by with violating employee's civil rights for some time now. They attempt to intimidate people by telling them that no one can "beat" them because they own everything, and I was told if I pursued a case that they'd personally see to it that I wouldn't work as a nurse in our area again. I was given the right to sue on December 18, 2012 by EEOC. Also, soon after my unemployment hearing I was found innocent of their accusations and the manager was "relieved" from her duties/forced to resign.

Sincerely,

Deanna Johnson
(423)330-3237

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Be given as requested by my unemployment hearing all of my personnel files showing my excellent evaluations.
   b. $1,000,000 for pain and suffering and defamation of character during this entire ordeal. Also, for loss of wages, attorney costs & medical expenses.
   c. Retract the amount for the sign on bonus that I was given in January 2009. The three years wasn't completed due to my termination which again was not warranted.
   d. Jury requested

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this \_\_\_14th\_\_\_ day of \_\_March\_\_, 20 13 .

Deanna Johnson

_____
Signature of plaintiff (s)

3

EEOC Form 161 (11/09)      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Deanna Johnson
367 Max Jett Road
Johnson City, TN 37061

From: Birmingham District Office
Ridge Park Place
1130 22nd Street
Birmingham, AL 35205

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2012-00426 | Michele R. Harris, Investigator | (205) 212-2071 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Beverly B. Hinton /fee_     12/18/2012

Enclosures(s)     Delner Franklin-Thomas, District Director     (Date Mailed)

cc: FRANKLIN WOODS COMMUNITY HOSPITAL
c/o Frank Anderson
Mountain States Health Alliance
400 North State of Franklin Road
Johnson City, TN 37604