IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

DEANNA M. JOHNSON

    Plaintiff

vs.                                Case No. 2:13-cv-00083

MOUNTAIN STATES HEALTH ALLIANCE
d/b/a FRANKLIN WOODS COMMUNITY HOSPITAL

    Defendant

## STIPULATION OF DISMISSAL

    Pursuant to Rule 41(a)(1)(ii), *Federal Rules of Civil Procedure,* the parties hereby stipulate that all claims against the Defendant, Mountain States Health Alliance, d/b/a Franklin Woods Community Hospital are hereby dismissed with full prejudice.

    It is further agreed that this action is not subject to the provisions of Rules 23(e), 23.1(c), 23.2 or 66, *Federal Rules of Civil Procedure,* or of any statute of the United States that would prohibit the voluntary dismissal of this cause without Court approval.

    The Defendant and the Plaintiff will bear and assume their own respective costs and attorney's fees. This case was scheduled for trial beginning November 17, 2015.

                                          Respectfully submitted,

                                          s/ Deanna Johnson, Plaintiff Pro Se

s/ Frank H. Anderson, Jr._____
Frank H. Anderson, Jr. (BPR#006723)
Anderson & Fugate
Counsel for Defendant, MSHA
c/o MSHA Legal Department
400 North State of Franklin Road
Johnson City, Tenn. 37604
Telephone: (423) 302-3416
Fax: (423) 302-3449
E-mail: AndersonFH@msha.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of April, 2015, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and by facsimile. Parties may access this filing through the Court's electronic filing system.

s/Frank H. Anderson, Jr._____
Frank H. Anderson, Jr. (BPR#006723)